IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

TRIPLE H CONTRACTING, INC.

      Plaintiff,

v.

LITECAST, LLC

      Defendant.

Civil Action No. MJG-02-CV-3034

## CONSENT ORDER

Upon joint motion of the parties, and for good cause shown therein, IT IS HEREBY ORDERED that the parties' Joint Motion For Consent Order Allowing Triple H Contracting, Inc. To Withdraw Its Motion For Summary Judgment Without Prejudice is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is deemed withdrawn without prejudice. Plaintiff may renew its motion after the close of discovery and in accordance with any Scheduling Orders issued by the Court.

_____
Marvin J. Garbis
U.S. District Court Judge

DATED: 10/1/02