IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRIPLE H CONTRACTING, INC.     *

    Plaintiff                  *

v.                               *

LITECAST, LLC              *

    Defendant                *        CASE NO. MJG 02 CV 3034

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ALLOW EXTENSION OF TIME TO FILE ANSWER TO COUNTERCLAIM

Comes now the Plaintiff, Triple H Contracting, Inc., by and through HILLMAN, BROWN & DARROW, P.A., and Michael P. Darrow, and prays this Honorable Court to allow extension of time to file an Answer to the Counterclaim until such time as this Court rules on the Objection to Notice of Removal.

_(handwritten notation: Granted, answer due ten days after ruling on Opposition to Remand, this 3rd day of October, '02. [Judge's signature])_

_____
Michael P. Darrow
HILLMAN, BROWN & DARROW, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21401-2500
410-263-3131 or 269-5555
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this _2_ day of October, 2002, a copy of the Motion to Allow Extension of Time to File Answer to Counterclaim was mailed, first class, postage prepaid, to Andrew C. White, Esquire, and Susan Q. Amiot, Esquire, Suite 2600, 201 North Charles Street, Baltimore, Maryland 21201.

_____
Michael P. Darrow

HILLMAN BROWN & DARROW, P.A.
Attorneys-at-Law
Post Office Box 668
Annapolis, Maryland 21404-0668
(410) 263-3131
(410) 269-5555
(301) 858-5500

MPD:kas\13622\220714\100202


