IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRIPLE H CONTRACTING, INC. | * | ENTERED / RECEIVED |
| Plaintiff | * | OCT 24 2002 |
| v. | * | CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND |
| LITECAST, LLC | * | DEPUTY |
| Defendant | * | CASE NO. MJG 02 CV 3034 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## LINE WITHDRAWING OPPOSITION TO NOTICE OF REMOVAL

Comes now the Plaintiff, Triple H Contracting, Inc., by and through its attorneys, HILLMAN, BROWN & DARROW, P.A., and Michael P. Darrow, and withdraws its Opposition to Notice of Removal previously filed in the above captioned case.

_(handwritten note)_

_____

Michael P. Darrow
HILLMAN, BROWN & DARROW, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21401-2500
410-263-3131 or 269-5555
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of October, 2002, a copy of the Line Withdrawing Opposition, was mailed, first class, postage prepaid, to Andrew C. White, Esquire, and Susan Q. Amiot, Esquire, Suite 2600, 201 North Charles Street, Baltimore, Maryland 21201.

_____

Michael P. Darrow

HILLMAN BROWN & DARROW, P.A.
Attorneys-at-Law
Post Office Box 668
Annapolis, Maryland 21404-0668
(410) 263-3131
(410) 269-5555
(301) 858-5500

MPD jao\13622\220714\102102