IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRIPLE CONTRACTING, INC.        *

    Plaintiff                 *

    vs.                       *    CIVIL ACTION NO. MJG-02-3034

LITECAST, LLC                   *

    Defendant                 *

*    *    *    *    *    *    *    *    *

## MEMORANDUM AND ORDER

The Court has before it Plaintiff's Objection to Notice of Removal which is deemed to be a Motion for Remand, the Line Withdrawing Opposition to Notice of Removal and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The Virginia Plaintiff sued the Maryland Defendant on a state law cause of action in state court. The Maryland Defendant removed, invoking the diversity jurisdiction of this Court. See 28 U.S.C. § 1332.

Plaintiff's counsel sought remand on an abstention theory. He presented no reason why the federal court should abstain from taking jurisdiction in this rather unexceptional case. While presenting the meritless abstention argument, Plaintiff's counsel overlooked, for some reason, 28 U.S.C. § 1441(b) which appears to

block the Maryland Defendant from removing the instant case from state court.

Plaintiff's counsel now wishes to agree to federal jurisdiction. The problem is that the case does not appear to have been properly removed by virtue of 28 U.S.C. §1441. Accordingly, it appears that the parties wish to stipulate to federal jurisdiction even though the case was not properly removed to federal court.

For the foregoing reasons:

1. The Line Withdrawing Opposition to Notice of Removal is DENIED EFFECT.

2. Plaintiff's Objection to Notice of Removal which is deemed to be a Motion for Remand remains pending.

3. By November 4, 2002, the parties shall file a document showing either:

    a. Why the case was properly removed by the Maryland Defendant in light of 28 U.S.C. § 1441, or

    b. The grounds upon which the parties can agree that the Court can assume jurisdiction even though the Maryland Defendant could not properly remove the case.

SO ORDERED this 25 day of October, 2002.

Marvin J. Garbis
United States District Judge