IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| TRIPLE H CONTRACTING, INC. <br><br> Plaintiff, <br><br> v. <br><br> LITECAST, LLC <br><br> Defendant. | Civil Action No. MJG-02-CV-3034 |

## WITHDRAWAL OF NOTICE OF REMOVAL

Defendant, Litecast, LLC, by and through its undersigned attorneys, hereby withdraws its Notice of Removal which was previously filed with the Court on September 12, 2002.

Respectfully submitted,

_____
Andrew C. White
Susan Q. Amiot
Law Offices of Andrew C. White, LLC
201 North Charles Street -- Suite 2600
Baltimore, MD  21201
(410) 576-2200

Attorneys for Defendant

DATED: 4 November 2002

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2002, a copy of the foregoing pleading was sent by U.S. first class mail, postage prepaid, to: Michael P. Darrow, Hillman Brown & Darrow, P.A., P.O. Box 668, Annapolis, Maryland 21404-0668, attorney for Plaintiff.

Susan Q. Amiot