```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

TRIPLE CONTRACTING, INC.           *

       Plaintiff              *

       vs.                    *   CIVIL ACTION NO. MJG-02-3034

LITECAST, LLC                      *

       Defendant              *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER REMANDING CASE

Because it appears that the case was improperly removed:

1. This case, originally filed in the Circuit Court for Baltimore City, Maryland as Triple H v. Litecast, LLC, Case No. 24-C-02-004823 and removed to this Court therefrom is hereby REMANDED.

2. The State Court may proceed with this case.

3. The parties shall bear their own costs.


SO ORDERED THIS 5th DAY OF November, 2002


                              Marvin J. Garbis
                             United States District Judge